**Order entered October 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00842-CR

### SAHISHNU SHANMUGAM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-83471-2012**

## ORDER

The Court **REINSTATES** the appeal.

On September 11, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed. We **ADOPT** the trial court's findings that: (1) appellant, who filed a pro se notice of appeal, did not appear at the hearing regarding the record; (2) appellant was represented by retained counsel at trial and did not file an affidavit of indigence for the appeal, therefore, appellant is not indigent; (3) appellant has not paid for the clerk's or reporter's records; and (4) appellant has abandoned the appeal.

We will dispose of the appeal in due course.

/s/ LANA MYERS
   JUSTICE